U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 NOV -9 A11 :32
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In the Case of

ERNEST L. MOORER

v. DECHERT, LLP

GARY GLOJLEK, WILLIAM GRUBER, LIZ SANTIAGO, LAMANICK PIRTLE MARTINS, ASTRA ZENECA, ELI/LILY, WISCONSIN DEPT' VA, FIDUCIARY

Docket No. 09-C-1050

(To be Supplied by Clerk)

**PETITION AND AFFIDAVIT TO PROCEED
WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

I, ERNEST L. MOORER declare that I am the
(print your full name)

■ Petitioner  ■ Plaintiff  ☐ Movant  ☐ Other _____

in the above-entitled action. In support of my request to proceed *in forma pauperis*, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this petition, I answer the following questions truthfully and under penalty of perjury: *(Additional pages may be added, if necessary, to provide complete information.)*

**Personal Information**

1) Are you employed?  ☐ Yes  ■ No

2) Are you currently incarcerated?  ☐ Yes  ■ No

If yes, state the place of your incarceration and provide your prisoner identification number:

MILWAUKEE, WISCONSIN
3030 N. 45TH ST.
(place)

3030 N. 45TH
(number)

**Personal Information**

1) Are you employed?   ☐ Yes   ■ No

   If no, give the month and year when you were last employed and state the amount of that monthly income.

   __SUMMER OF 2007__     $ __760.00__
   (month and year)

2) Are you currently incarcerated?   ☐ Yes   ■ No

   If yes, state the place of your incarceration and provide your prisoner identification number:

   __N/A__ (place)     __N/A__ (number)

   In addition, if you are a prisoner, you must have an authorized officer attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, petition or appeal and showing the balance of your release account. You must also complete the attached "Authorization for Release of Institutional Account Information and Payment of the Filing Fee."

3) Are you currently married?   ☐ Yes   ■ No

   If yes, is your spouse employed?   ☐ Yes   ■ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?

   ☐ Yes   ■ No

   If yes, list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship To You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| NA | NA | NA | $ 0 |
| NA | NA | NA | $ 0 |
| NA | NA | NA | $ 0 |

**Property** – *If you are married, your answers must **include your spouse's property**.*

1) Do you own a car?   ■ Yes   ☐ No

**Personal Information -** *continued*

In addition, if you are a prisoner, you must have an authorized officer attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. You must also complete the attached "Authorization for Release of Institutional Account Information and Payment of the Filing Fee."

3) Are you currently married? ☐ Yes ■ No

If yes, is your spouse employed? ☐ Yes ■ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?

☐ Yes ■ No

If yes, list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship To You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| | | | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

**Property** – *If you are married, your answers must **include your spouse's property**.*

1) Do you own a car? ■ Yes ☐ No

If yes, list car(s) below:

| Model and Make | Year | Approximate Current Value |
|---|---|---|
| CHEVROLET | 2006 | $ 10,000 |
| IMPALA | | $ 0 |
| | | $ 0 |

2) Do you own your residence(s)? ☐ Yes ■ No

If yes, state the approximate value(s). $ NA

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?
☐ Yes ■ No

Petition and Affidavit To Proceed Without Prepayment Of Fees And/Or Costs    October 2005
-2-
Case 2:09-cv-01050-PJG    Filed 11/09/09    Page 3 of 8    Document 2

**Property** - *continued*

If yes, identify the property and its approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |

4) Do you have any cash or checking, savings, or other similar accounts? ■ Yes ☐ No

   WELLS FARGO
   If yes, state the total amount of such sums. $ DIRECT DEPOSIT A MO. OF 2673.00 IN WHICH BILLS ARE DEDUCTED

5) Do you own any intangible property, including but not limited to stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401k)?

   ☐ Yes     ■ No

   If yes, state the nature of that property and the approximate value(s).
   _____

**Income** – *If you are married, your answers **must include your spouse's income**.*

*(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total monthly income?        $ 2673.00

State your spouse's total monthly income?   $ 0

**Expenses** – *If you are married and/or have dependents, **your expenses should also include your household's expenses**.*

*(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance).*

1) Identify the following amounts that you pay per month:

   ■ Rent or ☐ Mortgage    $ 600.00

   Car payment(s)          $ 435.00

**Property** -continued

If yes, list car(s) below:

| Model and Make | Year | Approximate Current Value |
|---|---|---|
| CHEVROLET IMPALA | 2006 | $10,000 |
| | | $ |
| | | $ |

2) Do you own your residence(s)?   ☐ Yes   ■ No

   If yes, state the approximate value(s).   $ 0

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?

   ☐ Yes   ■ No

   If yes, identify the property and its approximate value(s).

| Property | Approximate Value |
|---|---|
| | $ 0 |
| | $ 0 |
| | $ 0 |

4) Do you have any cash or checking, savings, or other similar accounts?   ■ Yes ☐ No

   If yes, state the total amount of such sums. $ 2,673.00   WELLS FARGO DIRECT DEPOSIT OF

5) Do you own any intangible property, including but not limited to stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401k)?

   ☐ Yes   ■ No

   If yes, state the nature of that property and the approximate value(s).

   _____

   _____

**Expenses** - *continued*

    Alimony and/or court-ordered
    child support                $ 0

    Credit card payment(s)     $ 0

2) Do you have any other monthly expenses that you have not already identified?

   ☐ Yes   ☐ No

   If yes, list them below:

| Expense | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

3) What is the total amount of your monthly expenses? $ _____

**Other Circumstances** – *Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.*

ON NOVEMBER 07, 2009 I SECURED CAR INSURANCE FROM "VIKING INSURANCE" AT $283.00 AND 271.00 MONTHLY FOR (6) MONTHS

11/06/2009
Date

Ernest A. Moorer
ERNEST L. MOORER
Signature – Signed Under Penalty of Perjury

**Income** – *If you are married, your answers **must include your spouse's income**.*

> (When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)

State your total <u>monthly</u> income: $ __2673.00__

State your spouse's total <u>monthly</u> income: $ __0__

**Expenses** – *If you are married and/or have dependents, **your expenses should also include your household's expenses.***

> (When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay <u>per month</u>:

   ☒ Rent   or   ☐ Mortgage          $ __600.00__

   Car payment(s)                            $ __435.00__

   Alimony and/or court-ordered
   child support                               $ __0__

   Credit card payment(s)                $ __0__

2) Do you have any other monthly expenses that you have not already identified?

   ☒ Yes     ☐ No

   If yes, list them below:

   | Expense | Amount |
   | --- | --- |
   | RENTER'S INSURANCE | $ 10.00 |
   | FOOD, GAS, OIL | $ 300.00 |
   | SPENDING | $ 200.00 |
   | CABLE (bundle; phone, int., T.v.) | $ 150.00 |

3) What is the total amount of your <u>monthly</u> expenses?     $ __1695.00__

**Other Circumstances** – *Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.*

NUMEROUS "DEBTORS" CREDIT REPORTS

11/06/2009
/Date

ERNEST L. MOORER
Signature – Signed Under Penalty of Perjury