Ernest L. Moorer
3030 N 45th St, Lower
Milwaukee, WI 53210

In this instance the Dept after (7) years admitted previous "malices" I suggested by a decision of 100% libel and this info was the basis for another suit not disability but suspected inability to sue by them (civil). A civil suit by Cannon & Dunphy from info divulged at Gov level by JW Rublein whom resided, corroborated and acted. I'd like the court to get any money it finds, US treasury finds belongs to me.

Privacy, identity, privacy act was violated and after every effort I made to inform, indict, or tell through prison complaint, grievance or civil action, especially § 1983 at this court was thwarted.

This claim comes out of events from 2005 in July while living at 3830 S. 43rd St. where I discovered the President's bill and realized that attorneys real motives. On October 30, 2009 520 million was settled by AZ, and the previous 770 million settled B Eli Lily was $1.4 billion, I was given info consistant with 770 million and paid $17,000.00.